TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00207-CV

Robert Simmons, Senior Police Officer, Appellant

v.

Chief Stan Knee, City of Austin, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. GN 000235, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 Appellant Robert Simmons moves to dismiss his appeal. We grant the motion and
dismiss the appeal.

Before Justices Kidd, Yeakel, and Powers*

Filed: September 14, 2000

Dismissed on Appellant's Motion

Do Not Publish

* Before John E. Powers, Senior Justice, (retired), Third Court of Appeals, sitting by
assignment. See Tex. Gov't Code Ann. § 74.003(b) (West 1998).